# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
|         Plaintiff, | ) **PRETRIAL STATUS CONFERENCE** |
| vs. | ) |
| | ) Case No. 1:23-cr-232 |
| Kyle Dean Headdress, | ) |
|         Defendant. | ) |

The undersigned shall hold a pretrial status conference with counsel by telephone on February 13, 2024, at 9:30 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2024.

                                         */s/ Clare R. Hochhalter*
                                         Clare R. Hochhalter, Magistrate Judge
                                         United States District Court