IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kyle Dean Headdress, | ) | Case No. 1:23-cr-232 |
| | ) | |
| Defendant. | ) | |

On January 17, 2024, the court issued an order that released Defendant to the Bismarck Transition Center on January 22, 2024, subject to a number of conditions. (Doc. No. 22). Among these conditions was the requirement that Defendant submit to location monitoring as directed by the Pretrial Services Officer.

On December 10, 2024, the court issued an order modifying Defendant's release conditions of release to allow him reside at any medical facility in North Dakota or Minnesota as approved by the supervising Pretrial Services Officer. (Doc. No. 49).

The court has been advised that Defendant's transport from a local medical facility to a medical facility in Minnesota is imminent and that Defendant's condition is such that he will remain hospitalized for the foreseeable future. The court on its own motion shall further modify Defendant's release conditions and strike requirement that he submit to location monitoring as directed by the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court.